IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PASTOR ROSANNA L. COLEMAN, et al.,**

    **Plaintiffs,**

    v.                                Civil Action 2:21-cv-2103
                                        Judge James L. Graham
                                        Magistrate Judge Kimberly A. Jolson

**ALLEGHENY COUNTY,**
**PA PFA UNIT, et al.,**

    **Defendants.**

## OPINION AND ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to Amend Complaint (Doc. 9). Defendants represent that this motion is unopposed. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that when a party seeks leave of court to file an amended pleading, "[t]he court should freely give leave when justice so requires." This rule, which allows a liberal policy in favor of granting amendments, "reinforce[s] the principle that cases 'should be tried on their merits rather than the technicalities of pleadings.'" *Inge v. Rock Finan. Corp.*, 388 F.3d 930, 936 (6th Cir. 2004) (quoting *Moore v. City of Paducah*, 790 F.2d 557, 559 (6th Cir. 1986)).

For good cause shown, and in light of the federal policy in favor of liberal amendment, Plaintiffs' Motion (Doc. 9) is **GRANTED**. The Clerk is directed to file Doc. 9-1 as the First Amended Complaint. Because amendment is granted, Defendants' Motions to Dismiss (Docs. 3, 4, 6, 7) must be **DENIED as moot.**

IT IS SO ORDERED.

Date: September 21, 2021                    /s/ Kimberly A. Jolson
                                                                         KIMBERLY A. JOLSON
                                                                         UNITED STATES MAGISTRATE JUDGE