AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of _____ Ohio _____

| | |
|---|---|
| Pastor Rosanna L. Coleman and<br>Minister Norman V. Whiteside,<br>*Plaintiff*<br>v.<br>Allegheny County, PA PFA Unit, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Civil Action No.    2:21-cv-2103

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Judgment entered for the defendants.
This case is closed.
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .
_____ .

Date: _____ 08/07/2024 _____          *CLERK OF COURT*

s/Denise M. Shane
_____
*Signature of Clerk or Deputy Clerk*